IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GINGER DARTY, on behalf of herself and all other persons similarly situated known and unknown, | ) ) ) ) | Case No. 1:20−cv−02607 |
| Plaintiff, | ) ) | Judge Bucklo |
| v. | ) ) ) | |
| COLUMBIA REHABILITATION AND NURSING CENTER, LLC d/b/a INTEGRITY HEALTHCARE OF COLUMBIA, | ) ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S OPPOSED MOTION TO REMAND**

For the reasons in her accompanying Memorandum of Law, Plaintiff requests that this Court remand this action to the Circuit Court of Cook County, Illinois. 28 U.S.C. § 1447(c).

Dated: May 8, 2020           Respectfully submitted,

/s/ Zachary C. Flowerree
One of Plaintiff's Attorneys

Douglas M. Werman- IL Bar No. 6204740
dwerman@flsalaw.com
Zachary C. Flowerree- IL Bar No. 6305935
zflowerree@flsalaw.com
**WERMAN SALAS P.C.**
77 West Washington St., Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Brandon M. Wise – IL Bar No. 6319580
bwise@pwcklegal.com
Paul A. Lesko – IL Bar No. 6288806
plesko@pwcklegal.com
**PEIFFER WOLF CARR & KANE, APLC**
818 Lafayette Ave., Floor 2

St. Louis, MO 63104
(314) 833-4825

*Attorneys for Plaintiff*